THE STATE EX REL. PEEPLES, APPELLANT, *v.* WILFORD, APPELLEE.

[Cite as *State ex rel. Peeples v. Wilford* (1995), 72 Ohio St.3d 407.]

(No. 95–276—Submitted April 18, 1995—Decided June 28, 1995.)

*Kavin Lee Peeples, pro se.*

*Per Curiam.* We affirm the decision of the court of appeals for the reasons stated in its judgment entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.